454 A.2d 167

Commonwealth v. Smith, Appellant.

Argued April 7, 1982. Harry V. Klein, for appellant; James J. Rosini,

District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.